[No. 40160-6-II.   Division Two.   June 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. AMY LOUISE
CRITCHFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-1-00008-4, Kenneth D. Williams, J., entered October 1, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 41239-0-II.   Division Two.   June 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON EDWARD
OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-05952-4, Bryan E. Chushcoff, J., entered September 24, 2010. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Armstrong and Penoyar, JJ.

[No. 41640-9-II.   Division Two.   June 29, 2012.]

*In the Matter of the Parentage of* S.C.

V.H., *Respondent*, v. G.C. ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-5-00578-3, John R. Hickman, J., entered October 15, 2010. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 41880-1-II.   Division Two.   June 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVANTE NAICELL
LEACH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-01652-1, Elizabeth P. Martin, J., entered February 25, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Johanson, J.